**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF COLORADO**

Case No. 18-cr-00418-REB-DW

UNITED STATES OF AMERICA,

v.

QI LIN WU

_____

**REQUEST FOR NOTICE OF INTENT TO USE 404(b) EVIDENCE**

_____

The defendant, Qi Lin Wu, by and through his attorney of record, Stephen R. McCaughey, hereby requests that the government provide notice of its intent to introduce evidence against this defendant that is claimed to be admissible pursuant to Rule 404(b) of the Federal Rules of Evidence. The defendant further requests that the government provide notice of the nature of that evidence and the purpose for its introduction into evidence.

DATED this 10th day of April, 2019.

Stephen R. McCaughey, LLC

*/s/ Stephen R. McCaughey*
Stephen R. McCaughey, #2149
9 E. Exchange Place Suite 600
Salt Lake City, UT 84111
Telephone: (801) 364-6474
Facsimile: (801) 364-5014
Email: Stephen@stephenrmccaughey.com

## CERTIFICATE OF SERVICE

I hereby certify that on this 10th day of April, 2019, I electronically filed the foregoing

**REQUEST FOR NOTICE OF INTENT TO USE 404(b) EVIDENCE via** CM/ECF.

*/s/ Carmen Sweeney*
Carmen Sweeney